65 A.3d 259

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TIMOTHY MURPHY, DEFENDANT–PETITIONER.

May 2, 2013.

ORDERED that the petition for certification is granted and the matter is summarily reversed and remanded to the trial court for a hearing on defendant's post-conviction relief petition.   Jurisdiction is not retained.